# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| COACH, INC. and COACH SERVICES, INC., | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 11-cv-309 |
| 1941coachoutletstore.com, *et al*, | ) |
| Defendants. | ) |

## MOTION FOR ENTRY OF DEFAULT JUDGMENT
## AS TO THE IDN DEFENDANTS AND RELATED ORDER

Plaintiffs Coach, Inc. and Coach Services, Inc. (collectively, "Coach"), pursuant to Fed. R. Civ. P. 55(b)(2), move for default judgment. Coach submits herewith its memorandum in support of its Motion.

WHEREFORE, Plaintiffs Coach, Inc. and Coach Services, Inc., respectfully request that the Court grant judgment in its favor.

Dated: September 23, 2011

Respectfully submitted,

BRYAN CAVE LLP

By: ⎯⎯⎯/s/⎯⎯⎯⎯⎯⎯⎯⎯

P.J. Meitl (VA Bar ID 73215)
S. Patrick McKey (admitted *Pro Hac Vice*)
Donald A. Cole (admitted *Pro Hac Vice*)
BRYAN CAVE, LLP
1155 F Street, N.W.
Washington, D.C. 20004
Telephone: (202) 508-6000
Facsimile: (202) 508-6200
pj.meitl@bryancave.com
patrick.mckey@bryancave.com

170144.1

donald.cole@bryancave.com  
Telephone: (202) 508-6000  
Facsimile: (202) 508-6200

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of September, 2011, I will electronically file the foregoing with the Clerk of the Court, using the CM/ECF system.  Counsel will also mail copies of this motion, its accompanying memorandum for default judgment, and notice of the September 29, 2011 hearing to each defaulting defendant at that defendant's last known address.

BRYAN CAVE LLP  
By: _____/s/_____  
P.J. Meitl (Bar ID 73215)  
BRYAN CAVE, LLP  
1155 F Street, N.W.  
Washington, D.C. 20004  
Telephone: (202) 508-6000  
Facsimile: (202) 508-6200  
pj.meitl@bryancave.com  
*Attorney for Plaintiffs Coach, Inc. and Coach Services, Inc.*
