UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| COACH, INC. and COACH SERVICES, INC., ) | |
| Plaintiffs, ) | |
| v. ) | Case No. 1:11-cv-00309 (JCC/JFA) |
| 1941coachoutletstore.com, *et al*, ) | |
| Defendants. ) | |

**PLAINTIFFS' AMENDED NOTICE OF VOLUNTARY
DISMISSAL OF CERTAIN DEFENDANTS**

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs Coach, Inc. and Coach Services Inc., (collectively "Coach") by and through counsel, respectfully dismiss, *with prejudice*, their claim against Defendants:

- coachchanelhandbags.com,

- newcoachoutletstore.com,

- coachoutletoffer.com, and

- goodcoachbags.com

in the above-referenced matter, each party to bear their own costs and attorneys' fees. These defendants have not served an answer or a motion for summary judgment, and therefore may be dismisses through a notice of dismissal. *See* Federal Rule of Civ. Proc. 41(a)(1)(A)(i).

Pursuant to the Court's August 31, 2011 Order, Coach mailed copies of its Motion for Entry of Default, the Supporting Memorandum, and the Notice of Hearing to each of the remaining defendants. (*See* Dkt. Nos. 41-43.) Coach also emailed copies of the same pleadings to the last known email address of each registrant. The four websites above were or are the subject of lawsuit(s) by Chanel Inc. and were transferred to Chanel Inc. pursuant to previous

170399.2

actions or Chanel Inc. is currently seeking their transfer.[1]

Dated: September 27, 2011

Respectfully submitted,
BRYAN CAVE LLP

By: _____/s/_____
P.J. Meitl (Bar ID 73215)
BRYAN CAVE LLP
1155 F Street, N.W.
Washington, D.C. 20004
Telephone: (202) 508-6000
Facsimile: (202) 508-6200
pj.meitl@bryancave.com

S. Patrick McKey (admitted *pro hac vice*)
Donald A. Cole (admitted *pro hac vice*)
BRYAN CAVE LLP
161 North Clark Street
Chicago, Illinois 60601
Telephone: (312) 602-5000
Facsimile: (312) 602-5050

*Attorneys for Coach, Inc. and
Coach Services, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of September, 2011, I will electronically file the foregoing with the Clerk of the Court, using the CM/ECF system.

BRYAN CAVE LLP
By: _/s/_____
P.J. Meitl (Bar ID 73215)

---

[1] Plaintiffs are amending their Motion to Voluntarily Dismiss Certain Defendants, as the original Notice listed one of the Defendants twice, and misspelled one of Defendant's names.

170399.2