## MOTION HEARING

Date: 9-29-11
Start: 10:03
Finish: 12:27

Judge: **John F. Anderson**
Reporter: FTR
Deputy Clerk: **Norma T. Blackmon**

Civil Action Number: 11-309CV

Coach, Inc et al

vs.

1941 Coachoutletstore.com et al

Appearance of Counsel for (✓) Pltf   ( ) Deft
( ) Matter is Uncontested
Motion to/for:

_____
_____
_____
_____

Argued &
( ) Granted ( ) Denied ( ) Granted in part/Denied in part
( ) Taken Under Advisement ( ) Continued to

_____
_____
_____
_____
_____

(✓) Report and Recommendation to Follow
( ) Order to Follow