```
            IN THE UNITED STATES DISTRICT COURT FOR THE
                    EASTERN DISTRICT OF VIRGINIA

                        Alexandria Division


COACH, INC., et al.,             )
                                 )
    Plaintiffs,                  )
                                 )
         v.                      )    1:11cv309 (JCC/JFA)
                                 )
1941 COACHOUTLETSTORE.COM        )
et al., each an Internet         )
Domain Name,                     )
                                 )
    Defendants.                  )
```

## J U D G M E N T   A N D   O R D E R

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that:

(1)  Plaintiffs' Objection to Magistrate Judge Anderson's Report and Recommendation [54] is GRANTED;

(2)  the Court REJECTS the finding of the United States Magistrate Judge that joinder is inappropriate as to 345 of the domain name defendants and that the claims against those domain names be severed from the instant action [53];

(3)  the Court ADOPTS as its own the remaining findings of fact of the United States Magistrate Judge [53];

(4)  the Court MODIFIES the recommendation of the United States Magistrate Judge and FINDS that, pursuant to 15 U.S.C. § 1125(d)(1)(C), VeriSign, Inc., the Public Interest

Registry, and Neustar, Inc. shall require the current registrars for the 356 domain name defendants joined in this action to transfer the respective registrations of the domain names to Coach or its assignees; and

(5)  the Clerk of the Court shall forward copies of this Order and the accompanying Memorandum Opinion to all counsel of record.

|  |  |
|---|---|
| January 5, 2012<br>Alexandria, Virginia | /s/<br>James C. Cacheris<br>UNITED STATES DISTRICT COURT JUDGE |